THOMAS H. GORMAN *v.* S. E. BERGHANS and her husband.

An appeal, by a married woman, from a judgment rendered against her, taken in her name alone, and without being authorized by her husband or the court, will be dismissed.

APPEAL from a judgment of the Commercial Court, *Watts,* J.

*Eyma,* for the plaintiff, moved to dismiss the appeal, the defendant having taken the appeal and subscribed the bond without the authority either of her husband or of the court. Code of Pract. 105, 106. Civ. Code. 123, 1775, 1779.

*Greiner,* for the appellant.

MORPHY, J. This suit began by attachment on a note of hand for $475, drawn by S. E. Berghans, under the authorization of George Berghans, her husband, to the order of Jesse Strong, and by him endorsed over to the plaintiff. The general issue was pleaded; whereupon, judgment below having been rendered in favor of the plaintiff, the defendant appealed,

A motion to dismiss this appeal has been made, which, in our opinion, must prevail: the defendant, S. E. Berghans' petition of appeal is made in her name alone; she does not appear to have been authorized to prosecute this appeal either by her husband, or by the court. Code of Pr., art. 106. Civ. Code, art. 123.

*Appeal dismissed,*